EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Celeste Mattina Canales | 2007 TSPR 116 |
| | 171 DPR _____ |

Número del Caso: TS-4695

Fecha: 7 de junio de 2007

Abogada de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Celeste Mattina Canales                    TS-4695

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de junio de 2007.

Vista la moción titulada "Petición de Reinstalación al Ejercicio de la Abogacía", se accede a la petición de reinstalación.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo